IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:02-CR-00022-F-9

UNITED STATES OF AMERICA          )
                                  )
          v.                      )          O R D E R
                                  )
GENE ANTHONY BROWN, SR.,          )
          Defendant.              )

This matter is before the court on Gene Anthony Brown, Sr.'s letter motion [DE-799]. In

his motion, Brown requests an early termination of his supervised release. *Id.* at 1.

This court has the authority, pursuant to 18 U.S.C. § 3583(e), to modify or terminate

supervised release. 18 U.S.C. § 3583(e) provides:

> The court may, after considering the factors set forth in section 3553(a)(1),
> (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)—
>
> (1) terminate a term of supervised release and discharge the defendant released at
> any time after the expiration of one year of supervised release, pursuant to the
> provisions of the Federal Rules of Criminal Procedure relating to the modification
> of probation, if it is satisfied that such action is warranted by the conduct of the
> defendant released and the interest of justice;
>
> (2) . . . modify, reduce, or enlarge the conditions of supervised release, at any
> time prior to the expiration or termination of supervised release, pursuant to the
> provisions of the Federal Rules of Criminal Procedure relating to the modification
> of probation and the provisions applicable to the initial setting of the terms and
> conditions of post-release supervision;

18 U.S.C. § 3583(e)(1)-(2).

A review of the record reveals that Brown has been on low intensity supervision since

only November 1, 2016. The U.S. Probation Office does not recommend a case for termination

of supervision until the defendant has been on low intensity supervision *for a least a year*. Given

that Brown has served such a short period of time on low intensity supervision, it does not appear appropriate to terminate his supervised release at this time. Consequently, Brown's letter motion [DE-799] is DENIED.

SO ORDERED.

This, the ___14___ of December, 2016.

_____
JAMES C. FOX
Senior United States District Judge