# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



James L. Corpening, Jr.
Chief U.S. Probation Officer

Two Princess Street, Room 308
Wilmington, NC 28401-3947
910-679-2046
Fax: 910-815-4906

**DATE:** January 22, 2018

**FROM:** John A. Cooper
U.S. Probation Officer

**SUBJECT:** **BROWN, SR., Gene Anthony**
**Case No.: 7:02-CR-22-9BO**
**Request for Early Termination**

**TO:** Terrence W. Boyle
U.S. District Judge

On September 26, 2003, after being found guilty of Conspiracy to Distribute and Possess With Intent to Distribute 5 Kilograms or More of Cocaine and 50 Grams or More of Cocaine Base (Crack); Maintaining a Place for Distribution of Controlled Substances; Conspiracy to Launder Money; and Money Laundering, Gene Anthony Brown, Sr. appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 166 months imprisonment to be followed by 5 years supervised release.

The defendant was released from custody on March 9, 2015, and began supervision in the Eastern District of North Carolina.

He has performed satisfactorily on supervision, submitted to DNA testing, and all drug screens have been negative. Additionally, he has paid the court ordered special assessment and fine in full. He was assessed as being relatively low risk to reoffend, and has been on low intensity supervision since November 2016. His term of supervised release is scheduled to expire on March 8, 2020.

Due to his compliance, the probation office is requesting early termination of supervision. The U.S. Attorney's Office has been contacted, however, we have not received a response. Please indicate the court's preference by marking the appropriate selection below.

---

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

Terrence W. Boyle                              1-24-19
Terrence W. Boyle                              Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

**v.**                                          **Crim. No. 7:02-CR-22-9BO**

**GENE ANTHONY BROWN, SR.**

On March 9, 2015, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ John A. Cooper
John A. Cooper
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2046
Executed On: January 22, 2018

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___ day of _____, 2017.

Terrence W. Boyle
U.S. District Judge